# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ANTONIO GUERRERO, | NO. SACV 11-892-BRO (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| MIKE MCDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 21, 2014

_____
BEVERLY REID O'CONNELL
United States District Judge